**Electronically Filed
Supreme Court
SCWC-17-0000849
13-NOV-2019
10:56 AM**

SCWC-17-000849

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

VENTURES TRUST 2003-I-H-R BY MCM CAPITAL
PARTNERS LLC, ITS TRUSTEE
Respondent/Plaintiff-Appellee,

vs.

ANDREA LAURIN,
Petitioner/Defendant-Appellant,

and

ANDREA GIAMMETTEI; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
SOLELY AS NOMINEE FOR HOME SAVINGS MORTGAGE, INC.; WAIAKOA
ESTATES PROPERTY OWNERS ASSOCIATION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000849; 2CC121000975)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Andrea Laurin's application for writ of certiorari filed on September 19, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 13, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

